**Order entered March 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01299-CR

**EDDRIC M. WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-59036-U**

## ORDER

Before the Court is Eddric M. Williams's March 8, 2013 Motion Requesting Statement of

the Facts and Clerks Record.  We **DENY** the motion.

/s/     ROBERT M. FILLMORE
        JUSTICE